UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jon Haug,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Midstate Mechanical, Inc., an Arizona corporation; Midstate Mechanical Nonqualified Defined Contribution Plan; and Midstate Mechanical Nonqualified Deferred Compensation Plan,<br><br>　　　　　Defendants. | No. CV 11-01584-PHX-JAT<br><br><br>**ORDER**<br><br><br>Hon. James A. Teilborg |

　　　Pursuant to the parties' *Stipulation to Dismiss With Prejudice* (Doc. 46), and good causing appearing,

　　　IT IS HEREBY ORDERED that this case is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

　　　Dated this 18th day of December, 2012.

_____
James A. Teilborg
United States District Judge